# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | | |
|---|---|---|
| **RAYMOND McINTYRE**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 6:04-cv-65 (HL) |
| | : | |
| **RICHARD A. CHAFIN, Individually** | : | |
| **and in his Official Capacity; ALTON** | : | |
| **MILTON, Individually and in his** | : | |
| **Official Capacity; and BROOKS** | : | |
| **COUNTY, GEORGIA,** | : | |
| | : | |
| Defendants. | : | |
| _____ | | |

## ORDER

Plaintiff, Raymond McIntyre, has filed a document styled as a "Writ of Errors Coram Vobis" [doc 10]. In the document, which references both this case and another case also filed in this Court, McIntyre v. Chafin, 6:99-cv-59 (filed August 3, 1999) (hereinafter McIntyre I), McIntyre moves pursuant to Rule 60 of the Federal Rules of Civil Procedure and requests that "this case be remanded back to the district court for an evidentiary hearing." (Writ at 4.) Therefore, the Court will construe the "Writ of Errors Coram Vobis" as a Motion for Relief from Judgment under Rule 60.

As he has done previously in this case, in this Motion, McIntyre takes issue with the result obtained by him in McIntyre I. The Court has repeatedly explained to McIntyre that he cannot use 42 U.S.C.A. § 1983, which is the jurisdictional basis for this case, as a substitute for an appeal, or to seek review of a previously litigated claim. Thus, this Court has consistently denied McIntyre's previous requests for relief inasmuch as each of them has asked this Court to vacate

the result obtained in McIntyre I. Furthermore, insofar as McIntyre's current request asks this Court to grant him relief from judgment in McIntyre I, the Motion is denied.

It may be, however, that McIntyre intended that this document be filed in McIntyre I. After all, the Motion does reference case number 6:99-cv-59 in the caption, and the substance of the Motion is addressed to events that occurred in that case. Moreover, in its Order dated July 1, 2005, this Court advised McIntyre that if he is seeking to have the judgment vacated in McIntyre I, his remedy is to file an appropriate motion in that case. (Order of 07/01/2005 at 2 n.1.) Given the possibility that the present Motion was intended by McIntyre to be filed in McIntyre I, the Court directs the Clerk of Court to docket the "Writ of Errors Coram Vobis," as well as a copy of this Order, in case number 6:99-cv-59, and to submit the documents to Judge Clay Land for his consideration.

The Court notes that this Order marks the third time that it has informed McIntyre that he cannot use this § 1983 lawsuit as a means by which to seek review of a separate lawsuit. If McIntyre takes issue with this conclusion he is, of course, entitled to file an appeal with the Eleventh Circuit. He may not, however, abuse the resources of this Court by relitigating the same issue under the guise of new motions. Therefore, McIntyre is hereby instructed that no further motions will be accepted from him in this case. All documents, except those that pertain to an appeal, will be returned to him by the Clerk of Court.

**SO ORDERED**, this the 9th day of August, 2005.

             s/   Hugh Lawson
             **HUGH LAWSON, JUDGE**

mls